UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

Case #: 3:19-cr-209-1 　　　　　　　　　　　　　　　　　　　　　　Date: February 12, 2020

United States of America 　vs. 　Zachary Cushman

**PROCEEDINGS:  Change of Plea.** The defendant was sworn and advised of his constitutional rights and of the penalties of the offense charged. A factual basis [R.13] was filed on January 17, 2020.

THE HONORABLE C. CLIFFORD SHIRLEY, JR., UNITED STATES MAGISTRATE JUDGE

| Jason Huffaker | Terri Grandchamp | Joe Cuccia |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| Cynthia F. Davidson | | Benjamin G. Sharp |
|---|---|---|
| **Asst. U.S. Attorney** | | **Attorney for Defendant** |

- ■ No plea agreement filed
- ☐ Plea Agreement filed　　　　☐ sealed　　☐ unsealed
- ■ Defendant was arraigned and specifically advised of his rights pursuant to Rule 11 F.R.C.P.
- ■ Defendant moved to change plea　　■ granted　　☐ denied
- ■ Defendant waived reading of the Indictment　　☐ Indictment read
- ■ Defendant pleaded guilty to Counts 1 and 2 of the Indictment.
- ☐ Government moved to dismiss the remaining counts as to this defendant at sentencing.
- ■ Referred for Presentence Investigative Report.
- ■ DATE SET: **Sentencing:** June 8, 2020 at 10:00 a.m. in Courtroom 3C
  　　　　　　**Before** the Honorable Pamela L. Reeves, Chief United States District Judge

> • Parties must adhere to Local Rules 83.9(c)
>
> • Objections must be filed and served no later than fourteen days after the change of plea hearing. Failure to file objections within fourteen days constitutes a waiver of any further right to challenge the plea of guilty in this matter.

- ☐ Defendant to remain on bond
- ■ Defendant remanded to custody of the U.S. Marshal

2:55 – 3:18