# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:19-CR-00209 |
| ) | REEVES/POPLIN |
| ZACHARY CUSHMAN ) | |

## **O R D E R**

Magistrate Judge C. Clifford Shirley filed a Report and Recommendation recommending the Court: (1) accept Defendant's plea of guilty to Counts One and Two of the Indictment; (2) adjudicate Defendant guilty of the charges set forth in Counts One and Two of the Indictment; and (3) find Defendant shall remain in custody until sentencing in this matter [Doc. 19]. Neither party filed a timely objection to the Report and Recommendation. After reviewing the record, the Court agrees with the Magistrate Judge's Report and Recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation [Doc. 19] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to the charge in Count One of the Indictment is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charge set forth in Count One of the Indictment, that is, possession of a firearm and ammunition after being

convicted of a felony, in violation of 18 U.S.C. § 922(g)(1);

(3) Defendant's plea of guilty to the charge in Count Two of the Indictment is **ACCEPTED**;

(4) Defendant is hereby **ADJUDGED** guilty of the charge set forth in Count Two of the Indictment, that is, possession of an unregistered destructive device, in violation of 26 U.S.C. §§ 5841, 5861(d) and 5871; and

(4) Defendant **SHALL REMAIN IN CUSTODY** until sentencing in this matter.

**SO ORDERED.**

**ENTER:**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**